Slip Op. 03 - 61

J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Judge

- - - - - - - - - - - - - - - - - - - -x

ST. EVE INTERNATIONAL, INC.,                :

                    Plaintiff, :

        v.                          :  Court No. 03-00068

UNITED STATES,                              :

                Defendant. :

- - - - - - - - - - - - - - - - - - - -x


The plaintiff having commenced this case to contest notices on Customs Form 4647 to redeliver specified women's wear imported via Entry Nos. 655-1146249-5, 655-1151865-0 and 655-115-2655-4, as well as notices of liquidated damages for failure to comply with those redelivery demands; and the plaintiff having prayed for and obtained expedited trial and decision of its complaint; and the court having issued an opinion and order, slip op. 03-54, 27 CIT ____, ____ F.Supp.2d ____ (May 15, 2003), denying certain requested relief but finding that plaintiff's goods bearing style numbers 65132, 65134, and 27-0180-3 are correctly classifiable under subheading 6109.10.0037 of the Harmonized Tariff Schedule of the United States (2002), textile category 352, based upon a fair preponderance of the evidence developed on the record, which thereby overcame the presumption of correctness on behalf of

the U.S. Customs Service; and the court having ordered the parties to confer and present a proposed form of final judgment in accordance with slip op. 03-54; and counsel having complied with that direction;  Now therefore, in accordance with slip op. 03-54, and after due deliberation, it is

ORDERED, ADJUDGED and DECREED that the Customs notices of redelivery (and for liquidated damages in connection therewith) in Entry Nos. 655-1146249-5, 655-1151865-0, and 655-1152655-4 each be, and they hereby are, vacated; and it is further hereby

ORDERED that the U.S. Bureau of Customs and Border Protection reliquidate the merchandise of Entry No. 655-1146249-5 under subheading 6109.10.0037 of the Harmonized Tariff Schedule of the United States (2002) at a rate of duty of 17.4 percent *ad valorem* and recover from the plaintiff any additional duties owed plus interest as provided by law.

Dated:  New York, New York
        June 9, 2003

_____
Judge